IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH A. JONES

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                                 Case No. 18-cv-239-bbc

LOUIS WILLIAMS, II,

    Respondent.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying Kenneth A. Jones's petition for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 7/9/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |